*John T. West,* contra, cited:   101 *Ga.* 747, 748; 113 *Ga.* 335;
114 *Ga.* 312, 314; 128 *Ga.* 438, 441; 130 *Ga.* 375; 113 *Ga.* 134.

---

### 11167, 11168.   SOUTHEASTERN MUTUAL FIRE INSURANCE
### COMPANY v. DAVISON.

STEPHENS, J.   1. Before a writ of certiorari can properly issue, unless
applied for in forma pauperis, it must appear from the record that the
bond required by the Civil Code (1910), § 5185, has been duly approved
by the judicial officer before whom the case was tried in the first in-
stance.   *Dykes* v. *Twiggs County*, 115 *Ga.* 698 (42 S. E. 36); *Daniel* v.
*Citizens Loan & Guarantee Co.*, 23 *Ga. App.* 684 (99 S. E. 226).   Ap-
proval of the bond by a commercial notary public will not suffice.

2. Where the writ of certiorari has issued, it is proper, upon the call of
the case for trial, to dismiss the petition, upon motion of the defendant
in certiorari, upon the ground that the certiorari bond has not been
approved by the proper officer, when it nowhere appears from the

record that the certiorari bond has been approved by the judicial officer before whom the case was tried.

*Judgment affirmed in both cases. Jenkins, P. J., and Smith, J., concur.*

DECIDED MARCH 11, 1920.

Certiorari; from Fulton superior court — Judge Humphries. October 27, 1919.

*W. D. Mills, J. S. James,* for plaintiff in error.